# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YAHMII BALOGUN UHURU,  )
                       )
            Plaintiff,  )
                       )
        v.             )        Civil Action No. 09-0566 (RJL)
                       )
UNITED STATES PAROLE   )
COMMISSION, *et al.*,   )
                       )
            Defendants.  )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for summary judgment [Dkt. #22] is GRANTED; and it is

FURTHER ORDERED that JUDGMENT shall be entered for defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

DATE: 8/24/10